1146

No. 93–8858. HUFFMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. .

No. 93–8898. GONZALES *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. .

No. 93–8900. HOWARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. .

No. 93–8902. JOHNSON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–8911. OKOR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8916. CHAHINE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. .

No. 93–8918. STETTER *v.* SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied. .

No. 93–8921. HERRERA-DURAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. .

No. 93–8932. BROWN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. .

No. 93–8934. PATTERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. .

No. 93–8936. MENDOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. .

No. 93–8938. LOUDERMILK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. .

No. 93–8939. LEEPER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. .

No. 93–8940. MITCHELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. .

No. 93–8942. VILLANUEVA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. .